JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DACIA PANICH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and HUGHES AIRCRAFT COMPANY EMPLOYEE WELFARE BENEFIT PLAN,<br><br>　　　　　Defendants. | Case No. CV11 01830 PA (Ex)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: July 26, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4822-5721-2426 v1

- 1 -

CASE NO. CV11 01830 PA (EX)
(PROPOSED) ORDER RE STIP. FOR DISMISSAL
OF ENTIRE ACTION W/PREJUDICE